IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02422-REB-CBS

JEFFREY GOSNEY,
TONEY CLIFTON,
DYLAN GOSNEY,
KAYLINA-MAE BARELA,
CASANDRA GOSNEY, and
DANIEL ZBIKOWSKI,

    Plaintiffs,

v.

DONALD KRUEGER, individually and in his official capacity as Sheriff of Clear Creek
    County;
JOEL BUEHRLE, individually;
KIMBERLY DOUGLAS, individually;
JANE DOE, name unknown of Animal Control, individually;
CITY OF IDAHO SPRINGS, a Statutory City by and through its governing body the
    CITY COUNSEL;
DAVID B. WOHLERS, individually, and in his official capacity as Chief of Police of
    Idaho Springs;
BRIAN BIENEMANN, individually;
TOWN OF GEORGETOWN, a Territorial Charter Municipality, by and through its
    governing body the BOARD OF SELECTMEN;
GEORGE WEIDLER, individually, and in his official capacity as Police Marshal of
    Georgetown;
RANDY WILLIAMS, individually;
TOWN OF EMPIRE, a Statutory City by and through its governing body the BOARD OF
    TRUSTEES;
JOHN L. CASTRODALE, individually;
BRENT R. GRAHAM, individually; and
JOHN DOES I through X, unknown law enforcement officers,

    Defendants.

## ORDER DISMISSING DEFENDANTS, TOWN OF EMPIRE
## AND JOHN L. CASTRODALE, ONLY

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss Defendants Town

of Empire and John L. Castrodale** [#48] filed April 16, 2010. After careful review of

the motion and the file, I conclude that the motion should be granted and that plaintiffs' claims against defendants, Town of Empire and John L. Castrodale, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendants Town of Empire and John L. Castrodale** [#48] filed April 16, 2010, is **GRANTED**;

2. That plaintiffs' claims against defendants, Town of Empire and John L. Castrodale, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Town of Empire and John L. Castrodale, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 19, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge