**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02422-REB-CBS

JEFFREY GOSNEY,
TONEY CLIFTON,
DYLAN GOSNEY,
KAYLINA-MAE BARELA,
CASANDRA GOSNEY, and
DANIEL ZBIKOWSKI,

        Plaintiffs,

v.

DONALD KRUEGER, individually and in his official capacity as Sheriff of Clear Creek
        County;
JOEL BUEHRLE, individually;
KIMBERLY DOUGLAS, individually;
JANE DOE, name unknown of Animal Control, individually;
CITY OF IDAHO SPRINGS, a Statutory City by and through its governing body the
        CITY COUNSEL;
DAVID B.  WOHLERS, individually, and in his official capacity as Chief of Police of
        Idaho Springs;
BRIAN BIENEMANN, individually;
TOWN OF GEORGETOWN, a Territorial Charter Municipality, by and through its
        governing body the BOARD OF SELECTMEN;
GEORGE WEIDLER, individually, and in his official capacity as Police Marshal of
        Georgetown;
RANDY WILLIAMS, individually;
BRENT R.  GRAHAM, individually; and
JOHN DOES I through X, unknown law enforcement officers,

        Defendants.

---

## ORDER DISMISSING DEFENDANT BRENT R. GRAHAM

---

**Blackburn, J.**

        The matter before me is the **Stipulated Motion To Dismiss Defendant Brent R.**

**Graham** [#50] filed April 23, 2010.  After careful review of the motion and the file, I

conclude that the motion should be granted and that plaintiffs' claims against defendant,

Brent R. Graham, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendant Brent R. Graham** [#50] filed April 23, 2010, is **GRANTED**;

2. That plaintiffs' claims against defendant, Brent R. Graham, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Brent R. Graham, is **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 23, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge