IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02422-REB-CBS

JEFFREY GOSNEY,
TONEY CLIFTON,
DYLAN GOSNEY,
KAYLINA-MAE BARELA,
CASANDRA GOSNEY, and
DANIEL ZBIKOWSKI,

    Plaintiffs,

v.

DONALD KRUEGER,
individually and in his official capacity as Sheriff of Clear Creek County;
JOEL BUEHRLE, individually;
KIMBERLY DOUGLAS, individually;
JANE DOE, name unknown of Animal Control, individually;
CITY OF IDAHO SPRINGS,
a Statutory City by and through its governing body the CITY COUNSEL;
DAVID B. WOHLERS,
individually, and in his official capacity as Chief of Police of Idaho Springs;
BRIAN BIENEMANN, individually;
TOWN OF GEORGETOWN, a Territorial Charter Municipality, by and through its
governing body the BOARD OF SELECTMEN;
GEORGE WEIDLER, individually, and
in his official capacity as Police Marshal of Georgetown;
RANDY WILLIAMS, individually; and
JOHN DOES I through X, unknown law enforcement officers,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. # 60*) is GRANTED and the Motion to Quash Subpoena Duces Tecum (*doc. # 53*) is denied as WITHDRAWN. The hearing set for July 8, 2010 is VACATED.

IT IS FURTHER ORDERED that Robert Loeffler is TERMINATED as an interested party in this civil matter and that the Clerk of Court is instructed to terminate electronic notification and to remove Mr. Loeffler's counsel from the Notice of Electronic Mailing.

IT IS FURTHER ORDERED that electronic notification to counsel for terminated party Brent Graham shall also be turned off and Mr. Graham's counsel shall be removed from the Court's Notice of Electronic Mailing.

**DATED:** June 23, 2010