IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02422-REB-CBS

JEFFREY GOSNEY,
TONEY CLIFTON,
DYLAN GOSNEY,
KAYLINA-MAE BARELA,
CASANDRA GOSNEY, and
DANIEL ZBIKOWSKI,

    Plaintiffs,

v.

DONALD KRUEGER, individually and in his official capacity as Sheriff of Clear Creek
    County;
JOEL BUEHRLE, individually;
KIMBERLY DOUGLAS, individually;
JANE DOE, name unknown of Animal Control, individually;
CITY OF IDAHO SPRINGS, a Statutory City by and through its governing body the
    CITY COUNSEL;
DAVID B. WOHLERS, individually, and in his official capacity as Chief of Police of
    Idaho Springs;
BRIAN BIENEMANN, individually;
TOWN OF GEORGETOWN, a Territorial Charter Municipality, by and through its
    governing body the BOARD OF SELECTMEN;
GEORGE WEIDLER, individually, and in his official capacity as Police Marshal of
    Georgetown;
RANDY WILLIAMS, individually; and
JOHN DOES I through X, unknown law enforcement officers,

    Defendants.

## ORDER DISMISSING INDIVIDUAL DEFENDANTS

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal of Individual Defendants With Prejudice** [#107] filed September 27, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiffs' claims against defendants, David B. Wohlers, Brian Bienemann, Donald Krueger, Kimberly Douglas,

Joel Buehrle, George Weidler and Randy Williams, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of Individual Defendants With Prejudice** [#107] filed September 27, 2010, is **APPROVED**;

2. That plaintiffs' claims against defendants, David B. Wohlers, Brian Bienemann, Donald Krueger, Kimberly Douglas, Joel Buehrle, George Weidler and Randy Williams, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, David B. Wohlers, Brian Bienemann, Donald Krueger, Kimberly Douglas, Joel Buehrle, George Weidler and Randy Williams, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated September 27, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge