**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02422-REB-CBS

JEFFREY GOSNEY,
TONEY CLIFTON,
DYLAN GOSNEY,
KAYLINA-MAE BARELA,
CASANDRA GOSNEY, and
DANIEL ZBIKOWSKI,

    Plaintiffs,

v.

JANE DOE, name unknown of Animal Control, individually;
CITY OF IDAHO SPRINGS, a Statutory City by and through its governing body the
    CITY COUNSEL;
TOWN OF GEORGETOWN, a Territorial Charter Municipality, by and through its
    governing body the BOARD OF SELECTMEN; and
JOHN DOES I through X, unknown law enforcement officers,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal of Remaining Defendants With Prejudice** [#109] filed October 21, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of Remaining Defendants With Prejudice** [#109] filed October 21, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for January 7, 2011, is **VACATED**;

3. That the jury trial set to commence January 18, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 22, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge